HENRY W. SMITH (Substituted Plaintiff in Place of JOHN E. GAITLEY, Deceased), Appellant, v. ALBANY FOUNDRY COMPANY and Others, Respondents.— Motion granted, and order reversed. All concurred. Cochrane, J., not sitting.

ROY L. THAYER, Respondent, v. JOSEPH A. LEGGETT and JOHN LEGGETT & SON, a Domestic Corporation, Appellants, and THE COHOES COMPANY. — Judgment affirmed, with costs. All concurred, except Cochrane, J, not voting.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1918.

SCHUYLER R. INGHAM, Appellant, v. HERKIMER COUNTY LIGHT AND POWER COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by October fifth, pay to respondent's attorneys ten dollars and be ready for argument on October tenth.

GEORGE C. SKINNER, Appellant, v. MARION WAYNE WITHERDEN, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by November ninth, pay to respondent's attorneys ten dollars, and be ready for argument at opening of November term.

GEORGE GREIN, Respondent, v. CASPER YOHON, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by November ninth, pay to respondent's attorneys ten dollars and be ready for argument at opening of November term.

OTTO BLOCK and Another, Respondents, v. THEODORE SCHELLING, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October fourth, and be ready for argument on October eighth.

DANIEL F. STROBEL, Respondent, v. THE PRESS COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by October eighth and pay to respondent's attorney ten dollars.

LOUISE SPRENGER, Respondent, v. CITY OF NORTH TONAWANDA, Appellant. — Appeal dismissed unless appellant shall file and serve printed papers by October fourth and be ready for argument on October seventh.

HORACE E. CLARK, Appellant, v. SAMUEL N. DADA, Respondent.— Motion granted and appeal dismissed, with costs.

JOHN A. BACH, as Administrator, etc., Appellant, v. ROBERT WEAVER, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

LOUISE LA MANCHE, as Administratrix, etc., Appellant, v. AUBURN AND SYRACUSE ELECTRIC RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.